```
            IN THE UNITED STATES DISTRICT COURT
              FOR THE DISTRICT OF NEW JERSEY
```

| | |
|---|---|
| JONATHAN DEHART & DENISE DEHART, | HON. JEROME B. SIMANDLE |
| Plaintiffs, | Civil No. 10-5869 (JBS/KMW) |
| v. | **ORDER** |
| US BANK, N.A. ND, et al. | |
| Defendants. | |

This matter having come before the Court upon the motion to dismiss of the Defendant Udren Law Offices, PC [Docket Item 7], the motion to dismiss of Defendant Foreclosure Management Company [Docket Item 8], and the motion to dismiss of Defendant U.S. Bank, N.A. ND [Docket Item 9]; the Court having considered the submissions of the parties; for the reasons explained in the Opinion of today's date; and for good cause shown;

IT IS this ___**18th**___ day of **August, 2011** hereby

ORDERED that Defendant Udren's motion is **DENIED**; and it is further

ORDERED that Defendant FMC's motion is **GRANTED IN PART AND DENIED IN PART**; the motion is granted with regard to Counts VI and VIII but denied with regard to Count IX; and it is further

ORDERED that Defendant U.S. Bank's motion is **GRANTED IN PART AND DENIED IN PART**; the motion is granted with regard to Counts I

through VIII but denied with regard to Count IX.

    **s/ Jerome B. Simandle**
JEROME B. SIMANDLE
United States District Judge